505 A.2d 600

**Vahik BABAIAN, et al., Petitioners,**

v.

**TANGLWOOD LAKES, INC., et al.**

**Peter JESRALY, Petitioner,**

v.

**TANGLWOOD LAKES, INC., et al.**

Supreme Court of Pennsylvania.

Feb. 27, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 35 and 36 E.D. Appeal Docket 1986.